IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANGELINA VASQUEZ, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | No. EP-2012-CV-0303 |
| | § | |
| EL PASO II ENTERPRISES, LLC d/b/a | § | |
| OASIS NURSING & REHABILITATION | § | |
| CENTER, and CREATIVE SOLUTIONS IN | § | |
| HEALTHCARE, INC. | § | |
| | § | |
| Defendants. | § | |

## PARTIES' JOINT-ADVISORY TO THE COURT

Plaintiff and Defendants in the above-captioned matter (together, the "parties") hereby jointly advise the Court that the parties reached a settlement of all issues and claims raised in the above-captioned action. The parties are currently working on the settlement agreement and anticipate on filing the appropriate dismissal pleadings in the near future.

Respectfully submitted,

**SCHERR & LEGATE, PLLC**
Attorneys for Plaintiff
109 North Oregon, 12th Floor
El Paso, Texas 79901
(915) 544-0100 voice
(915) 532-1759 facsimile

 /s/ Joseph Isaac
**JOSEPH ISAAC**
State Bar No.: 24059999

and

                    Jennifer M. Owens
                    Godwin Ronquillo, PC
                    Renaissance Tower
                    1201 Elm Street, Suite 1700
                    Dallas, Texas 75270-2041
                    214-939-4400
                    214-527-3174 facsimile

                    /s/ Jennifer Owens
                    **JENNIFER OWENS**
                    State Bar No. 50511938